IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RICHARD SCOTT HENDRIX, #068536                                                PLAINTIFF

VERSUS                                              CIVIL ACTION NO.  3:06cv391-HTW-LRA

DAN SMITH                                                                     DEFENDANT

## FINAL JUDGMENT

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this 30th day of March, 2007.

        s/ HENRY T. WINGATE
        CHIEF UNITED STATES DISTRICT JUDGE